# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| KATHRYN FRANCIS G., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:19-CV-05494 <br><br><br> ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will provide the claimant with the opportunity to submit new evidence, give the claimant an opportunity for a de novo hearing, and issue a decision. The ALJ will proceed though the sequential evaluation process, seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that the claimant can perform, and before relying on the vocational expert evidence, identify and resolve any conflicts

between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT) (Social Security Ruling 00-4p).

DATED this 13th day of November, 2019.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov